JAW:JAW
AO 442 (Rev. 11/11) Arrest Warrant

2021R00026

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.   Case No. 21-mj-54 HB

DAYTON CHARLES SAUKE

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DAYTON CHARLES SAUKE,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint
___ Probation Violation Petition     ___ Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

On or about January 15, 2021, in Rice County, in the State and District of Minnesota, defendant Dayton Charles SAUKE knowingly possessed a firearm, namely, an unmarked 12-gauge shotgun with a barrel measuring less than 18 inches, and an overall length of less than 26 inches, that was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

Date: Jan. 15, 2021

*Issuing officer's signature*

City and State:  St. Paul, MN

Hildy Bowbeer
United States Magistrate Judge
*Printed Name and Title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*