UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr 21-36 NEB/DTS<br>**INDICTMENT** |
| Plaintiff, | 26 U.S.C. § 5841<br>26 U.S.C. § 5845(a) |
| v. | 26 U.S.C. § 5861(d)<br>26 U.S.C. § 5871 |
| DAYTON CHARLES SAUKE, | 26 U.S.C. § 5872<br>28 U.S.C. § 2461(c) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Possession of an Unregistered Firearm)

On or about January 15, 2021, in the State and District of Minnesota, the defendant,

**DAYTON CHARLES SAUKE,**

did knowingly possess a firearm, namely, an unmarked 12-gauge shotgun with a barrel measuring less than 18 inches, and an overall length of less than 26 inches, knowing the firearm had characteristics that made it a firearm under Title 26, United States Code, Section 5845(a), that was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant,

**DAYTON CHARLES SAUKE,**

SCANNED
FEB 11 2021
U.S. DISTRICT COURT MPLS

United States v. Dayton Charles Sauke

shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in any violation of the National Firearms Act, including, but not limited to an unmarked 12-gauge shotgun with a barrel measuring less than 18 inches, and an overall length of less than 26 inches seized from the Defendant on January 15, 2021.

A TRUE BILL

_____   _____
United States Attorney                              FOREPERSON