UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-36 (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | **UNDER SEAL** |
| v. ) | MOTION TO UNSEAL |
| DAYTON CHARLES SAUKE, ) | |
| Defendant. ) | |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Justin A. Wesley, Assistant United States Attorney, hereby moves the Court for an order to unseal the Indictment in the above-referenced matter.

This motion is based upon the records and proceedings in this matter.

Dated: February 22, 2021

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*/s Justin A. Wesley*

BY: JUSTIN A. WESLEY
Assistant U.S. Attorney
Attorney ID No. 0389189