**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ARRAIGNMENT MINUTES**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAYTON CHARLES SAUKE,<br><br>　　　　Defendant. | COURT MINUTES - CRIMINAL<br>BEFORE DAVID T. SCHULTZ<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　　21-cr-36 NEB/DTS<br>Date:　　　　March 4, 2021<br>Videoconference Recording<br>Time Commenced:　10:07 a.m.<br>Time Concluded:　10:13 a.m.<br>Time in Court:　6 minutes |

APPEARANCES:

　　Plaintiff:　　Justin Wesley, Assistant U.S. Attorney
　　Defendant:　　Andrew Mohring, Federal Public Defender

x Indictment Dated: February 11, 2021

　x Reading of Indictment Waived

　x Not Guilty Plea Entered

Other Remarks:

　　Scheduling Order was previously issued.
　　Defendant consents to this hearing via videoconference.

KR<br>Law Clerk