UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-36 (NEB/DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **GOVERNMENT'S NOTICE OF** |
| | ) **INTENT TO CALL WITNESSES** |
| | ) **AT MOTIONS HEARING** |
| DAYTON CHARLES SAUKE, | ) |
| | ) |
| Defendant. | ) |

The Government may call the following witness to testify at the motions hearing in the above-captioned matter:

<u>ATF Special Agent Sara Thomas</u>, regarding the defense challenge to consent searches conducted in conjunction with the January 15, 2021 and January 17, 2021 search warrants, (only if the defendant persists in that challenge, because the government does not believe any consent searches were conducted) and to supplement the audio recording of the defendant's January 15, 2021 conversation with law enforcement. The government would not expect any direct examination to last more than 30 minutes.

Respectfully Submitted,

Dated: March 30, 2021

W. ANDERS FOLK
Acting United States Attorney

*/s/ Justin A. Wesley*
BY:  JUSTIN A. WESLEY
Assistant U.S. Attorney
Attorney ID No. 0389189