

July 19, 2021

The Honorable Nancy E. Brasel  **VIA ELECTRONIC FILING**
U.S. District Judge
District of Minnesota
Courtroom 3A
316 N. Robert Street
St. Paul, MN 55101

      Re:    *United States v. Dayton Charles Sauke*
              Crim. No. 21-CR-36 (NEB/DTS)

Dear Judge Brasel:

   The parties to this case have reached an agreement that will resolve it short of trial. Accordingly, I write to ask to suspend the pretrial motions process and to withdraw the motions on file with the Court. In the unlikely event that the agreement falls apart, I will seek leave of the Court to resuscitate the motions process.

   Please let me know if this raises any questions or concerns.

                              Sincerely,

                              GOETZ & ECKLAND P.A.

                          By_____
                              Andrew H. Mohring

AHM/eiv
cc:    Magistrate Judge David T. Schultz
        Dayton Sauke (via U.S. mail)
        Justin Wesley, AUSA