# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA
## SENTENCING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | | |
| | ) | Case No: | 21-cr-36 (1) (NEB/DTS) |
| v. | ) | Date: | January 18, 2022 |
| | ) | Courthouse: | Minneapolis |
| DAYTON CHARLES SAUKE, | ) | Courtroom: | 13W |
| | ) | Court Reporter: | Debra Beauvais |
| | ) | Time Commenced: | 10:10 a.m. |
| | ) | Time Concluded: | 11:30 a.m. |
| | ) | Time in Court: | 1 hour and 20 minutes |
| Defendant. | ) | | |

Before Nancy E. Brasel, United States District Judge.

APPEARANCES:

    For Plaintiff:    Chelsea Walcker, Assistant U.S. Attorney
    For Defendant:    Andrew Mohring, CJA Appointed Attorney

☒ **Sentencing.**
☒ Paragraph 3 of the PSR will be amended to strike the August 28, 2021 Sherburne County violation. The PSR will also be updated in reference to outstanding detainers.
Defendant's objection to the 4-level enhancement for facilitating gun trafficking (USSG §2K2.1(b)(6)(B)) was argued and the Court will not apply this enhancement.
The USSG §2K2.1(b)(3) (B) 2-level enhancement was argued and will apply.

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 31 months | 3 years |

    ☒ Special conditions of: **See J&C for special condition.**
    ☒ Special assessment in the amount of $100.00 due immediately.
    ☒ Filings ECF Nos 82 and 83 shall remain sealed or restricted unless otherwise ordered by the Court.
    ☒ Defendant is remanded to the custody of the USM.

Date: January 18, 2022

                                                                                        s/KW
                                                                                  Courtroom Deputy to Judge Nancy E. Brasel