Prob 12 (Rev. 11/1/2004)

# United States District Court

### for the

### DISTRICT OF MINNESOTA

### United States v. Dayton Charles Sauke

### Docket No. 0864 0:21CR00036-001(NEB)

### Petition on Supervised Release

COMES NOW **Mathias R. Antony**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dayton Charles Sauke** who was sentenced for Possession of an Unregistered Firearm on January 18, 2022, by the Honorable Nancy E. Brasel, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- No alcohol; not to enter establishment where alcohol is sold
- Participate in drug/alcohol treatment program
- Substance abuse testing
- Submit to searches
- Mental Health Counseling/Treatment/Medication
- Take prescribed medication
- 90 days residential reentry center (modification June 14, 2023)
- 120 days home detention with location monitoring (GPS) (modification June 14, 2023)
- Internet restrictions/monitoring (modification June 14, 2023)
- Extremist material restrictions (modification June 14, 2023)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A warrant was issued on July 13, 2023, and the defendant was arrested on July 14, 2023. The defendant remains in custody at the current time. All parties agree to the proposed resolution of the current pending violation.

PRAYING THAT THE COURT WILL ORDER that conditions of supervision be modified to include the following:

Release from custody to Vinland Inpatient Dual Diagnosis Treatment, upon bed availability and as coordinated and directed by probation.

Comply with all previous terms and conditions as ordered in original sentencing January 18, 2022, and modification order dated June 14, 2023. This would include completion of the remainder of home detention with location monitoring (GPS; 97 days remaining).

Petition on Supervised Release                                    RE: **Dayton Charles Sauke**
Page 2                                              Docket No. 0864 0:21CR00036-001(NEB)

### ORDER OF THE COURT

Considered and ordered this _____10th_____ day of ____August 2023____, and ordered filed and made a part of the records in the above case.

s/Nancy E. Brasel
_____
Honorable Nancy E. Brasel
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
_____
Brian James
U.S. Probation Officer
Telephone: 612-664-5365

Executed on       August 8, 2023

Place             Minneapolis

Approved:

s/ Odell Wilson III
_____
Odell Wilson III
Supervising U.S. Probation Officer